■ HELGA ARMINAK et al., Appellants, v TRIMAS CORP. et al., Defendants, and RIEKE-ARMINAK CORP. et al., Respondents. [65 NYS3d 705]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Shirley W. Kornreich, J.), entered on Aril 6, 2017, and said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated November 21, 2017, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Acosta, P.J., Richter, Mazzarelli, Andrias and Gesmer, JJ.